# IN THE UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

In the Matter of:            }
                             }   Case No. 14-30096
Leslie B. Lewis              }
                             }   Chapter 7
                             }
Debtor(s)                    }
                             }

## Motion To Amend Bankruptcy Petition

1. Debtor(s), Leslie B. Lewis, commenced this case on 2/4/14 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. On or about 4/15/14 debtor(s) discovered that the following information had been inadvertently omitted from his/her/their Petition:

| (list schedule affected) | (list change) |
|---|---|
| Schedule B (attached) | Amounts of tax refunds changed from unknown to actual amount |
| Schedule C (attached) | Tax Refunds claimed as exempt |

Wherefore, debtor(s) pray for an Order to Amend his/her/their Bankruptcy Petition to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

/s/ Leslie B. Lewis

Date May 5, 2014

Debtor Leslie B. Lewis

## ORDER

The motion of the above-named debtor(s), Leslie B. Lewis, to amend his/her/their Bankruptcy Petition is sustained.

It is hereby ORDERED and DECREED that the Debtor's Bankruptcy Petition is amended to reflect the following changes:

(list amendments to petition)

Dated_____, 20_____.    _____
                                            **U.S. BANKRUPTCY JUDGE**

In re   **Leslie B. Lewis**                                              Case No. __**14-30096**__
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **6 Alpine Drive** | - | 200.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Greylock Federal Credit Union** **Boston Private Bank & Trust Company** | - - | 1,000.00 500.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **6 Alpine Drive** **Bousquet Manage** | - | 2,200.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **6 Alpine Drive** **Furnishings for 3 bedroom condominium** | - | 10,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **6 Alpine Drive** **2 Red Sox World Series Paintings** | - | 2,000.00 |
| 6. | Wearing apparel. | | **Men's Clothing** | - | 1,000.00 |
| 7. | Furs and jewelry. | | **Watch** | - | 2,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Camera** | - | 200.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                    Sub-Total >     19,100.00
                                                                   (Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

In re  **Leslie B. Lewis**                                                                 Case No.  **14-30096**
                                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Boston Baseball, LLC Non-opertaing LLC that operated Pittsfield Colonials | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2013 Tax Return Federal 5,434 MA 39 | - | 5,473.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                                                                    Sub-Total >    **5,473.00**
                                                                                                                    (Total of this page)

Sheet  __1__  of __2__  continuation sheets attached
to the Schedule of Personal Property

In re  **Leslie B. Lewis**
                                          Debtor

Case No.  **14-30096**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 24,573.00 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re  **Leslie B. Lewis**                                                    Case No. __14-30096__
                             Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                              *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| 6 Alpine Drive | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Greylock Federal Credit Union | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| Boston Private Bank & Trust Company | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| 6 Alpine Drive Bousquet Manage | 11 U.S.C. § 522(d)(5) | 2,200.00 | 2,200.00 |
| **Household Goods and Furnishings** | | | |
| 6 Alpine Drive Furnishings for 3 bedroom condominium | 11 U.S.C. § 522(d)(3) | 10,000.00 | 10,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 6 Alpine Drive 2 Red Sox World Series Paintings | 11 U.S.C. § 522(d)(5) | 2,000.00 | 2,000.00 |
| **Wearing Apparel** | | | |
| Men's Clothing | 11 U.S.C. § 522(d)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Watch | 11 U.S.C. § 522(d)(5) | 450.00 | 2,000.00 |
|  | 11 U.S.C. § 522(d)(4) | 1,550.00 | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Camera | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2013 Tax Return Federal 5,434 MA 39 | 11 U.S.C. § 522(d)(5) | 5,473.00 | 5,473.00 |
| | Total: | 24,573.00 | 24,573.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

# United States Bankruptcy Court
## District of Massachusetts

In re **Leslie B. Lewis**  
Debtor(s)

Case No. **14-30096**  
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 5, 2014**, a copy of **Debtor's Motion to Amend Schedules B and C** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

/s/ William E. Martin  
William E. Martin 550466  
MARTIN, OLIVEIRA & HAMEL, PC  
THE CLOCKTOWER  
75 South Church Street, Suite 550  
Pittsfield, MA 01201-6145  
(413) 443-6455 Fax:(413) 445-5883  
WEM@martinoliveira.com