# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Leslie B. Lewis                                      Case Number: 14-30096          Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#48 Motion of Chapter 7 Trustee to Compromise Claim (re: Debtor's federal and state income tax refunds)

**OUTCOME:**

\_\_\_\_\_ Granted \_\_\_\_\_ Denied \_\_\_\_\_ Approved \_\_\_\_\_ Sustained
\_\_\_\_\_ Denied \_\_\_\_\_ Denied without prejudice \_\_\_\_\_ Withdrawn in open court \_\_\_\_\_ Overruled
\_\_\_\_\_ OSC enforced/released
\_\_\_\_\_ Continued to:_____For:_____
\_\_\_\_\_ Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_ Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_ Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_ Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_ No appearance/response by:_____
  ✔  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

CONTINUED GENERALLY.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Henry Jack Boroff
_____                 _____ Dated: 06/25/2014
Courtroom Deputy