UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br>LESLIE B. LEWIS,<br>    Debtor. | Chapter 7<br>Case No. 14-30096 (HJB) |

## CHAPTER 7 TRUSTEE'S SECOND MOTION TO EXTEND THE TIME TO OBJECT TO THE DEBTOR'S CLAIM OF EXEMPTIONS

Alan L. Braunstein, the Chapter 7 Trustee (the "**Trustee**"), of Leslie B. Lewis, (the "**Debtor**"), respectfully requests that this Court extend the time period within which he may object to the exemptions of the Debtor and in support thereof represents the following:

1. On February 4, 2014, the Debtor filed a Voluntary Petition for Relief pursuant to Chapter 7 of the United States Bankruptcy Code. On June 25, 2013, the Office of the United States Trustee appointed Alan L. Braunstein the Chapter 7 Trustee he has accepted this appointment and has become Trustee. On August 5, 2014, the §341 meeting of creditors was conducted by the Trustee.

2. The deadline for the Trustee to object to the Debtor's exemptions falls on September 4, 2014.

3. The Trustee requires an additional thirty (30) days to investigate the Debtor's valuation of his assets to ensure the protection of the estate's interest in the property claimed as exempt by the Debtor.

WHEREFORE, the Trustee requests this Court to extend the time period within which the Trustee may object to the exemptions of the Debtor for an additional thirty (30) days to **October 6, 2014**, and for such further relief as is just and proper.

                                      ALAN L. BRAUNSTEIN
                                      CHAPTER 7 TRUSTEE OF
                                      LESLIE B. LEWIS,

                                      */s/ Alan L. Braunstein*

Dated: August 25, 2014                Alan L. Braunstein (BBO #546042)
                                      Riemer & Braunstein LLP
                                      Three Center Plaza
                                      Boston, Massachusetts 02108
                                      abraunstein@riemerlaw.com
                                      (617) 523-9000

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>LESLIE B. LEWIS,<br><br>      Debtor. | Chapter 7<br>Case No. 14-30096 (HJB) |
|---|---|

## CERTIFICATE OF SERVICE

  I, Alan L. Braunstein, Esquire with the law firm of Riemer & Braunstein LLP, hereby certify that on August 25, 2014, I caused to be served a true and correct copy of the **CHAPTER 7 TRUSTEE'S SECOND MOTION TO EXTEND THE TIME TO OBJECT TO THE DEBTOR'S CLAIM OF EXEMPTIONS** by first class United States mail, postage pre-paid, or electronically (EN), as indicated, upon the following parties of interest:


Office of the United States Trustee
Attn: Richard T. King, Esq.
446 Main Street
14th Floor
Worcester, MA 01608
USTPRegion01.WO.ECF@USDOJ.GOV; richard.t.king@usdoj.gov (EN)

William E. Martin, Esq.
Martin, Oliveira & Hamel, PC
The Clocktower
75 South Church Street, Suite 550
Pittsfield, MA 01201
WEM@martinoliveira.com (EN)

Leslie B. Lewis
6 Alpine Trail
Pittsfield, MA 01201

Lee Harrington, Esq.
Nixon Peabody LLP
100 Summer St.
Boston, MA 02110-2131
lharrington@nixonpeabody.com (EN)

Jack E. Houghton, Jr, Esq.
Jack E. Houghton, Jr, Esq.
78 Bartlett Avenue
Pittsfield, MA 01201
JHoughtonJr@aol.com; jhoughtonjr@aol.com; ma05@ecfcbis.com (EN)

Richard E. Mikels, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo
One Financial Center
Boston, MA 02111
remikels@mintz.com; Docketing@mintz.com (EN)

David M. Nickless
Nickless, Phillips and O'Connor
625 Main Street
Fitchburg, MA 01420
dnickless.nandp@verizon.net; dnickless@ecf.epiqsystems.com (EN)

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Internal Revenue Service
Special Procedures Function STOP 20800
P.O. Box 9112
JFK Building
Boston, MA 02203

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

                                                        */s/ Alan L. Braunstein*
                                                        Alan L. Braunstein (BBO #546042)
                                                        Riemer & Braunstein LLP
                                                        Three Center Plaza
                                                        Boston, Massachusetts 02108
                                                        abraunstein@riemerlaw.com
                                                        (617) 523-9000

1734205.1