# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Leslie B. Lewis          Case Number: 14-30096          Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#101 Motion of Chapter 7 Trustee, through Special Counsel, for 2004 Examination of Lisa London, Trustee of The Cone Hill Road Nominee

**OUTCOME:**

- ___ Granted  ___ Denied  ___ Approved  ___ Sustained
- ___ Denied  ___ Denied without prejudice  ___ Withdrawn in open court  ___ Overruled
- ___ OSC enforced/released
- ___ Continued to:_____ For:_____
- ___ Formal order/stipulation to be submitted by:_____ Date due:_____
- ___ Findings and conclusions dictated at close of hearing incorporated by reference
- ___ Taken under advise ment: Brief(s) due_____ From_____
  - Response(s) due_____ From_____
- ___ Fees allowed in the amount of: $_____ Expenses of: $_____
- ___ No appearance/response by:_____
- ✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

GRANTED, EXCEPT THAT THE DOCUMENTS TO BE PRODUCED SHALL BE LIMITED TO THOSE WHICH RELATE OR REFER TO EVENTS AFTER JANUARY 1, 2008.


IT IS SO NOTED:                          IT IS SO ORDERED:

                                         /s/ Henry Jack Boroff

_____           _____ Dated: 12/18/2014
Courtroom Deputy