# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:**  Leslie B. Lewis                    **Case Number:**  14-30096                    **Ch:**  7

**MOVANT/APPLICANT/PARTIES:**

#102 Motion of Chapter 7 Trustee, through Special Counsel, for 2004 Examination of Nanette Lewis

**OUTCOME:**

____    Granted____    Denied____    Approved____    Sustained
.       Denied        Denied without prejudice.    Withdrawn in open court.    Overruled
.       OSC enforced/released
.       Continued to:_____For:_____
____    Formal order/stipulation to be submitted by:_____Date due:_____
.       Findings and conclusions dictated at close of hearing incorporated by reference
____    Taken under advise ment: Brief(s) due_____From_____
                                 Response(s) due_____From_____
____    Fees allowed in the amount of: $_____Expenses of: $_____
____    No appearance/response by:_____
✔____   DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

GRANTED, EXCEPT THAT THE DOCUMENTS TO BE PRODUCED SHALL BE LIMITED TO THOSE WHICH RELATE OR REFER TO EVENTS AFTER JANUARY 1, 2008.

IT IS SO NOTED:                          IT IS SO ORDERED:

_____                    _____ Dated: 12/18/2014
Courtroom Deputy