Printed: 02/13/15 12:00 PM                                                                  Page: 1

# Attorney Timesheet Report

### Trustee: JACK E. HOUGHTON, JR. (410060)
### Period: 01/01/00 - 02/13/15

| Case Number: | 14-30096 | Case Name: | LEWIS, LESLIE B. |
|---|---|---|---|
| Case Type: | Assets | Judge: | HENRY J. BOROFF |
| Petition Date: | 02/04/14 | 341a Meeting: | 06/30/14  09:00 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 02/14/14 | Review of emails from Attorney Martin regarding various documents for bankruptcy. Preparation of reply. | 0.70 | $350.000 | $245.00 |
| 02/14/14 | Preparation of draft Motion for 2004 Examinations with Certificate of Services, preparation of letter to Berkshire Bank, Greylock Federal Credit Union, and Nashua Bank. | 3.10 | $350.000 | $1,085.00 |
| 02/15/14 | Review of Local Bankruptcy Court Rules, review of Rule 2004, review of PACER and Massachusetts Secretary of State's Office website, review of file, preparation of 1st and 2nd draft of Subpoena for Rule 2004 Examinations together with Schedule A for Boston Private Bank & Trust, Nashua Bank, Sanford Bernstein, Watermill Group, LLC, HMK Enterprises, Inc, Conant Controls and Counsel representing banks. | 3.60 | $350.000 | $1,260.00 |
| 02/17/14 | Review of Mass.gov website, review of Mass Land Records, revise Motion for Rule 2004 Examinations with Certificate of Service, revise letters to Greylock Federal Credit Union and Berkshire Bank. | 2.80 | $350.000 | $980.00 |
| 02/18/14 | Review of Deposition Transcript of Nanette Lewis. Preparation of email to Debtor's Counsel regarding Sanford Bernstein. Preparation of 2004 Motion against Sanford Bernstein and others with c/s. | 0.80 | $350.000 | $280.00 |
| 02/18/14 | Receive and review email from Attorney Martin, re: additional documents, preparation of reply - want rest of documents. | 0.20 | $350.000 | $70.00 |
| 02/19/14 | Research regarding State fraudulent transfer action v. Bankruptcy Court action. | 1.20 | $350.000 | $420.00 |
| 02/20/14 | Receive and review documents form Michael Duran, provide email response. | 1.10 | $350.000 | $385.00 |
| 02/21/14 | Telephone discussion with Chris Brown, Esq. re: Discovery against Conant Control. | 0.30 | $350.000 | $105.00 |
| 02/27/14 | Receive and review email from Attorney Nickless, preparation of response re: documents from Nanette Lewis. | 0.30 | $350.000 | $105.00 |

Printed: 02/13/15 12:00 PM                                                                                           Page: 2

# Attorney Timesheet Report

**Trustee:** JACK E. HOUGHTON, JR. (410060)

**Period:** 01/01/00 - 02/13/15

| Case Number: | 14-30096 | Case Name: | LEWIS, LESLIE B. |
|---|---|---|---|
| Case Type: | Assets | Judge: | HENRY J. BOROFF |
| Petition Date: | 02/04/14 | 341a Meeting: | 06/30/14  09:00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/27/14 | Telephone conversation with Attorney Menard from Nashua Bank re: Motion for 2004 Examination, conversation with Attorney David Nickless re: Debtor's former wife - possible settlement. | 0.70 | $350.000 | $245.00 |
| 03/03/14 | Receive and review email from Attorney Menard re: Nashua Bank Subpoena, preparation of reply regarding bank accounts and financial statements. | 0.30 | $350.000 | $105.00 |
| 03/06/14 | Preparation of Motion for 2004 Examination - Watermill Group, LLC with Certificate of Service, file with Bankruptcy Court. | 1.10 | $350.000 | $385.00 |
| 03/10/14 | Review of allowed 2004 Motion - Boston Private Bank & Trust Company, Bousquet Management, Nannette Lewis, Nashua Bank & Conant Controls, Inc. | 0.10 | $350.000 | $35.00 |
| 03/10/14 | Receive and review Nanette Lewis' Probate Financial Statement. Review of email from Attorney Nickless, preparation of reply. | 0.60 | $350.000 | $210.00 |
| 03/11/14 | Review email from Richard Mikels, Esq with attachments, review of Promissory Notes, Pledge Agreements, Forebearance Agreements, history of loan. | 0.80 | $350.000 | $280.00 |
| 03/11/14 | Preparation of Motion for 2004 Examination of Robert Carriere, Esq re: Conant Controls. | 0.90 | $350.000 | $315.00 |
| 03/11/14 | Leslie Lewis: Receive and review letter from Attorney Brown re: Conant Control sale by Debtor, preparation of letter to Robert Carriere re: valuation. | 1.10 | $350.000 | $385.00 |
| 03/12/14 | Receive and review email regarding Norfolk Probate Court action, preparation of 1st and 2nd draft of response to Attorney Duran. | 0.40 | $350.000 | $140.00 |
| 03/12/14 | Review of emails, preparation of email to Attorney Duran re: Probate Court Financial Statement and Conant Controls Depo, preparation of email to Attorney Thomas Martin re: Probate Court Financial Statement filed with Norfolk Probate Court. | 0.50 | $350.000 | $175.00 |
| 03/13/14 | Review email from Attorney Duran re: Norfolk Superior Court action, preparation of response. | 0.40 | $350.000 | $140.00 |
| 03/14/14 | Make revisions to Robert Carriere, Motion For 2004 | 1.20 | $350.000 | $420.00 |

Printed: 02/13/15 12:00 PM                                                                 Page: 3

# Attorney Timesheet Report
### Trustee: JACK E. HOUGHTON, JR. (410060)
### Period: 01/01/00 - 02/13/15

| Case Number: | 14-30096 | Case Name: | LEWIS, LESLIE B. |
|---|---|---|---|
| Case Type: | Assets | Judge: | HENRY J. BOROFF |
| Petition Date: | 02/04/14 | 341a Meeting: | 06/30/14  09:00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Examination – Robert Carriere, obtain attachment for letter, preparation of Certificate of Service. | | | |
| 03/19/14 | Telephone call to Attorney Christopher Wood re: Confidentiality Agreement with CPA opinion. | 0.10 | $350.000 | $35.00 |
| 04/06/14 | Review of PACER, preparation of 1st and 2nd draft of letter to Attorney Duran re: fraudulent transfer law, receive and review email from Attorney Martin re: payment to Debtor, preparation of reply. | 1.00 | $350.000 | $350.00 |
| 04/16/14 | Receive and review Debtor's 2013 tax returns. Preparation of demand letter for turnover of refunds. | 0.70 | $350.000 | $245.00 |
| 04/20/14 | Research re:   Trustee election– New Hampshire Corporation Statute, conduct internet search of New Hampshire Secretary of State's website, review of cases regarding limited liability company and registration in Commonwealth, review of documents from file. | 5.60 | $350.000 | $1,960.00 |
| 04/21/14 | Review of PACER, review of M.G.L. Chapter 156C, Section 54, review of Claim No. 6-1, preparation of 1st, 2nd and 3rd drafts of Objection to Claim 6-1 with Certificate of Service, review of Local Rules and Rule 3007(b). | 3.80 | $350.000 | $1,330.00 |
| 04/22/14 | Review of file, travel to Norfolk Superior Court, examine file, re:  Nashua Professional Baseball v. Lewis et als, make copies ($9.50). | 6.10 | $350.000 | $2,135.00 |
| 04/23/14 | Conversation with Kevin Francisof Boston Private Bank re: production and delivery of subpoenaed documents. | 0.20 | $350.000 | $70.00 |
| 04/23/14 | Conversation with Debtor's Counsel, re: Monday's meeting and other issues. | 0.20 | $350.000 | $70.00 |
| 04/23/14 | Further research for Objection to Claim, review of Superior Court documents, edit Objection to Claim No. 6-1, make copy and collate exhibits. | 3.40 | $350.000 | $1,190.00 |
| 04/23/14 | Telephone call to Kevin Francis from Boston re: production of documents | 0.20 | $350.000 | $70.00 |
| 05/01/14 | Conversation with Attorney David Nickless, re: election of Trustee. | 0.20 | $350.000 | $70.00 |
| 05/01/14 | Conversation with Attorney Christopher Brown re: | 0.30 | $350.000 | $105.00 |

Printed: 02/13/15 12:00 PM                                                                Page: 4

# Attorney Timesheet Report
### Trustee: JACK E. HOUGHTON, JR. (410060)
### Period: 01/01/00 - 02/13/15

| | | | | |
|---|---|---|---|---|
| **Case Number:** 14-30096 | | **Case Name:** | LEWIS, LESLIE B. | |
| **Case Type:** Assets | | **Judge:** | HENRY J. BOROFF | |
| **Petition Date:** 02/04/14 | | **341a Meeting:** | 06/30/14  09:00 | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Subpoena Duces Tecum, wants a confidentiality agreement (denied). | | | |
| 05/06/14 | Telephone conversation with Attorney Brendon Recupero, re: document production by Boston Private Bank, review of file. | 0.40 | $350.000 | $140.00 |
| 05/07/14 | Conversation with Attorney Recupero, re: return of thumb-drive, preparation of letter returning thumb-drive. | 0.30 | $350.000 | $105.00 |
| 05/07/14 | Receive and review email from Attorney Martin regarding tax refunds, review of file, review of PACER, preparation of 1st and 2nd draft of Trustee's Motion to Compromise 2013 tax refunds, preparation of reply to Attorney Martin, preparation of 1st and 2nd draft of Objection to Motion to Amended Schedules B & C with Certificate of Service, preparation of Certificate of Service for Motion to Compromise, file with Bankruptcy Court. | 2.20 | $350.000 | $770.00 |
| 05/19/14 | Receive and review document production (1st set) from Boston Private Bank. | 0.90 | $350.000 | $315.00 |
| 05/22/14 | Preparation of Certificate of Service re Notice of Hearing and Response Deadline re Obj to Claim #14 | 0.40 | $350.000 | $140.00 |
| 05/22/14 | Receive and review significant document production (2nd package) from the Boston Private Bank. | 1.00 | $350.000 | $350.00 |
| 05/25/14 | Receive and review U.S. Trustee's report, research re: Trustee election, review In re: U.S.A. Capital, In re: Amherst Technologies, In re: San Diego Symphony Orchestra Association, In re: TBR USA. | 3.70 | $350.000 | $1,295.00 |
| 05/25/14 | Make final edits to Objection to Claim 6-1, collate Exhibits. | 2.20 | $350.000 | $770.00 |
| 05/25/14 | Receive and review documents from Bernstein pursuant to Subpoena. | 1.20 | $350.000 | $420.00 |
| 05/26/14 | Review of PACER, review of file, preparation of 1st and 2nd draft of Memorandum re: trustee election. | 4.50 | $350.000 | $1,575.00 |
| 06/05/14 | Research re: Trustee Election, allowance of claim. | 1.50 | $350.000 | $525.00 |
| 06/24/14 | Read and review Nashua's Response. Review of | 8.80 | $350.000 | $3,080.00 |

Printed: 02/13/15 12:00 PM                                              Page: 5

# Attorney Timesheet Report
### Trustee: JACK E. HOUGHTON, JR. (410060)
### Period: 01/01/00 - 02/13/15

| Case Number: | 14-30096 | Case Name: | LEWIS, LESLIE B. |
|---|---|---|---|
| Case Type: | Assets | Judge: | HENRY J. BOROFF |
| Petition Date: | 02/04/14 | 341a Meeting: | 06/30/14  09:00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Local Rules. Research re Registration of Foreign LLC's in the Commonwealth. Preparation of 1st and 2nd drafts of Reply to Response with cs. Draft Memorandum in Support of Declaration that Interim Trustee is to be deemed Permenant Trustee with c/s. File with Bankruptcy Court. | | | |
| 06/25/14 | Review of file. Preparation for hearing. Travel to Springfield - attendance - hearing on Trustee Election, Motion To Compromise and Objection To Claim. | 4.70 | $350.000 | $1,645.00 |
| 02/12/15 | Preparation of Application For Fees. | 1.50 | $350.000 | $525.00 |
| 02/12/15 | Attendance at anticipated hearing at Bankruptcy Court. | 3.40 | $350.000 | $1,190.00 |
|  | **Total for case 14-30096:** | **80.70** | | **$28,245.00** |
|  | **Total for Trustee JACK E. HOUGHTON, JR.:** | **80.70** | | **$28,245.00** |
|  | **Grand Total:** | **80.70** | | **$28,245.00** |