**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | |
| LESLIE B. LEWIS | ) ) ) | Chapter 7<br>Case No. 14-30096-MSH |
| Debtor. | ) ) | |

**ASSENTED-TO MOTION OF UNITED STATES TRUSTEE TO CONTINUE HEARING ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SETTLEMENT AMONG TRUSTEE, NASHUA PROFESSIONAL BASEBALL LEAGUE, LLC AND HMK ENTERPRISES, INC.**

**(Request for Emergency Determination)**

William K. Harrington, the United States Trustee, by and through counsel, and with the assent of the Chapter 7 Trustee, Nashua Professional Baseball League, LLC and HMK Enterprises, Inc, (together, the "Parties"), hereby requests on an emergency basis that the Court enter an order:

> (a) continuing for a short period of time the hearing on the Chapter 7 Trustee's Motion To Approve Settlement Among Trustee, Nashua Professional Baseball League, LLC ("Nashua") And HMK Enterprises, Inc. ("HMK") Regarding (1) Disposition Of Claim Objection, And (2) Allowance Of Reimbursement Payment Under Section 105 As Administrative Claim ("Motion to Approve Settlement")(ECF no. 161), and
>
> (b) enlarging the time for the United States Trustee to file an objection to a date two business days before the continued hearing date.

In support, the UST states:

1. A hearing on the Motion to Approve Settlement is scheduled for December 5, 2016, and the deadline for the United States Trustee to file an objection is December 2, 2016.

2. Issues regarding the Motion to Approve Settlement have been informally raised by the United States Trustee. The Chapter 7 Trustee has been communicating with each of the Parties in an effort to resolve those issues in a manner that is satisfactory to all. The United States Trustee believes, and the other parties are in accord, that a short continuance will provide the Parties with sufficient additional time to resolve this matter without the need for the United States Trustee to file an objection, and will likely eliminate issues this Court is required to adjudicate.

3. The Chapter 7 Trustee, counsel to Nashua and counsel to HMK have indicated their assent to the relief requested herein.

### Request for Emergency Determination

4. Because the hearing on the Motion to Approve Settlement is scheduled for Monday, December 5, 2016, the United States Trustee is requesting determination of this uncontested motion on an emergency basis.

**WHEREFORE**, the United States Trustee requests that the Court enter an order (a) continuing the hearing on the Motion To Approve Settlement for a short period of time, and (b) enlarging the time for the United States Trustee to file an objection or other written response to a date that is two business days before any continued hearing date.

Respectfully submitted,

WILLIAM K. HARRINGTON
United States Trustee, Region 1

By:  /s/  Stephen E. Meunier
Stephen E. Meunier (BBO # 546928)
Trial Attorney
Office of the United States Trustee
United States Department of Justice
446 Main Street, 14th Floor
Worcester, MA 01608
Tel:  508-793-0555
Fax: 508-793-0558
Email:  Stephen.meunier@usdoj.gov

Dated:  December 2, 2016

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of December, 2016, a copy of the foregoing motion was served via CM/ECF upon the individuals who have filed pleadings or notices of appearance in the Court's CM/ECF database, including the Chapter 7 Trustee.

Dated: December 2, 2016                       /s/  Stephen E. Meunier
                                                    Stephen E. Meunier